

# ENG HUA COMPANY (PTE) LIMITED

Co. Reg. No. 196600796D Bunker Supplier's Licence no. 91044
1 Coleman Street #05-05
The Adelphi Singapore 179803
Tel: 6348 1191  Fax: 6440 7732

## BUNKER DELIVERY NOTE

BDN No. 190400

| Field | Value | Field | Value |
|---|---|---|---|
| | | Bunker Metering Ticket No | 533 |
| Port | SINGAPORE | Date | 18/05/19 |
| Delivery Location | AESPA | Vessel's Name | GENTLE SEAS |
| Bunker Tanker's Name | FRIENDSHIP | Vessel's IMO No. | 9703514 |
| SB No. | 581H | Gross Tonnage | 35812 |
| Alongside Vessel | 18/05/19  1130 (Date / Time) | Owner / Operator | MASTER & OWNER |
| Commenced Pumping | 18/05/19  1413 (Date / Time) | ETD | 18/05/19 |
| Completed Pumping | 18/05/19  1630 (Date / Time) | Next Port | SOUTH AFRICA |

### PRODUCT SUPPLIED

| Product Name | MFO 380 CST | Flash Point °C (ISO 2719) | 75.0 |
|---|---|---|---|
| Viscosity @ 40°C or 50°C mm²/s (ISO 3104) | 374.8 | Sulphur Content % m/m (ISO 14596 or ISO 8754) | 3.41 |
| COQ* density at 15°C kg/m³ (ISO 3675 or ISO 12185) | 0.9908 | Metric Tons Delivered | 598.966 |
| Water Content % V/V (ISO 3733) | 0.40 | | |

### SUPPLIER'S DECLARATION

**Declaration that bunker fuel supplied conforms with MARPOL Annex VI**
We declare that the bunker fuel supplied conforms with Regulation 18.3 of this Annex and that the sulphur content of the fuel oil supplied does not exceed:
Please mark (x) in the applicable box(es) below.
[X] the limit value given by Regulation 14.1 of this Annex;
[ ] the limit value given by Regulation 14.1 of this Annex; or
[ ] the purchaser's specified limit value of _____ (%m/m), as completed by the fuel oil supplier's representative and on the basis of the purchaser's notification that the fuel oil is intended to be used:
1. in combination with an equivalent means of compliance in accordance with Regulation 4 of this Annex; or
2. is subjuct to a relevant exemption for a ship to conduct trials for sulphur oxides emission reduction and control technology research in accordance with Regulation 3.2 of this Annex.

For _____ AS ABOVE _____
Company's Name and Stamp

Signature of Cargo Officer
**WONG TAT SENG**
Full Name in Block Letters
Bunker Tanker's Stamp

REMARKS _____ NIL _____

Was a Note of Protest issued?  YES / NO

### MASTER'S / CHIEF ENGINEER'S ACKNOWLEDGEMENT

We acknowledge receipt of the above product and confirm its intended use and that the following samples were jointly taken by the continuous drip sampler at the vessel's manifold, sealed and numbered:

| | Seal No. | Counter Seal No. (if any) |
|---|---|---|
| Vessel: | 130831 | 153596 / 2342089 |
| | 130832 | 153597 / 2342090 |
| | (MARPOL) (B1) (B2) | (B1) (B2) |
| Bunker Tanker: | 130833 / 130834 | 153598 / 2342088 |
| Surveyor: | (S1) 130835 | (S1) 153599 / 153600 (S2) |
| Other: | (JAB) 130836 | 2342087 |
| | (To specify) | (To specify) |

Was a copy of SDS received?  YES / NO

### CUSTOMER FEEDBACK

The following rating is satisfaction level of the bunkering operation (Please Circle):

1    2    3    4    (5)
Very Unsatisfied         Very Satisfied

Acknowledged by _____   18/05/19  1735 HRS

Signature of Master / Chief Engineer / Date and Time

Negnevytsky M.
Full Name in Block Letters
Vessel's Stamp

*The COQ (Certificate of Quality) Density stated above is for fuel specification only and not for transfer quantity determination.

BUNKER-METERING TICKET
*****ORIGINAL*****

Vessel ID:
FRIENDSHIP
SB 0581H
System ID:
K6000424430

BTN.:
533 / HFO

Printout Time:
2019/MAY/18 16:30:56

Start Time:
2019/MAY/18 14:13:44

End Time:
2019/MAY/18 16:30:44

Totalizer Loading
at Operation Start:
331216.556 t (in air)

Totalizer Loading
at Operation End:
331216.561 t (in air)

Totalizer Delivery
at Operation Start:
341649.003 t (in air)

Totalizer Delivery
at Operation End:
342247.875 t (in air)

Mass Delivered:
598.866 t (in air)

Signatures:



Chief Engineer: ............

Cargo Officer: ............

***ATTACH THIS TICKET TO BDN***

All times GMT+08:00 Kuala Lumpur, Singapore