**WORLD FUEL SERVICES**
A TRADE NAME/DIVISION OF WORLD FUEL SERVICES (SINGAPORE) PTE LTD
238A THOMSON ROAD # 08-01/10 NOVENA SQUARE TOWER A
SINGAPORE 307684  Co Registration no: 199501485M
GST# M2-8920852-6

**WORLD Fuel** Services

**TAX INVOICE**

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 471377 | 309549-31501 | 27-MAY-19 | 1 - 1 |

Tel: 65-6215-6999 Fax: 65-6215-6902
Internet: www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
Bank of America N.A. NEW YORK, NY
SWIFT: BOFAUS3N
FedWire ABA: 026009593
ACH ABA: USABA
ACCT: World Fuel Services Europe, Ltd
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

M/V GENTLE SEAS AND/OR HER OWNERS/OPERATORS AND
24VISION CHARTERING SOLUTIONS DMCC
OFFICE 53- 5TH FLOOR, ONE JLT
JUMEIRAH LAKES TOWER
UNITED ARAB EMIRATES

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. | TERMS |
|---|---|---|---|---|---|
| 18-MAY-19 | 190400 | N/A | N/A | 3085148 | 45 DDD BY TT |

| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
|---|---|---|---|---|---|
| GENTLE SEAS | SINGAPORE | SINGAPORE | HIGH SEAS PACIFIC OCEAN | N/A | 02-JUL-19 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | | TAX AMOUNT | | INVOICE AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | SGD | USD | SGD | USD | SGD | USD |
| 380CST / RMG380 MAX 3.5%S(10) | 598.9660 MTN | 428.00000 USD/MTN | 353,055.48 | 256,357.45 | 0.00 | 0.00 | 353,055.48 | 256,357.45 |
| | | | 353,055.48 | 256,357.45 | 0.00 | 0.00 | 353,055.48 | 256,357.45 |

COMMENTS
GST 0%

This transaction is subject to the terms and conditions of sale set forth at www.wfscorp.com/Marine/index.jsp
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

Please note that World Fuel Services is consolidating its brands. As a result, you may notice that the brand name or logo changes on certain documents. Rest assured that this branding change does not change the legal entity. The legal entity you are contracted to work with will remain your contractual partner at all times.

| MAIL INSTRUCTIONS | EXCHANGE RATE | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT | |
|---|---|---|---|---|---|
| REGULAR MAIL | 1.37720 SGD/USD | SG-31501-1905-154923 | N/A | USD | 256,357.45 |