6-Aug-20

**WORLD FUEL SERVICES (SINGAPORE) PTE LTD**
**TRADING AS WORLD FUEL SERVICES**
*Statement of Account*
**As of August 6, 2020**

M/V GENTLE SEAS AND/OR HER OWNERS/OPERATORS AND 24VISION CHARTERING SOLUTIONS DMCC

| INVOICE NUMBER | VESSEL SUPPLIED / PORT OF SUPPLY | DELIVERY DATE | DUE DATE | CUR | INVOICE AMOUNT | DAYS PAST DUE | PAYMENT AMOUNT | INTEREST DUE | 5% ADMIN FEE | TOTAL OWED |
|---|---|---|---|---|---|---|---|---|---|---|
| 309549-31501 | M/V GENTLE SEAS / SINGAPORE | 18-May-19 | 2-Jul-19 | USD | $ 256,357.45 | 401 | $ - | $ 50,695.56 | $ 12,817.87 | $ 319,870.89 |
| | TOTAL OUTSTANDING: | | | | $ 256,357.45 | | $ - | $ 50,695.56 | $ 12,817.87 | $ 319,870.89 |

Please note that a 5% contractual administrative fee is charged on all amounts owed more than 15-days past due.
Interest is charged on a 1.5% per month pro rata basis.